IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA SCHULTZ,

    Plaintiff,

v.

DEPARTMENT OF WORKFORCE
DEVELOPMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-274-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered GRANTING defendant Department of Workforce Development's motion for summary judgment in its entirety and dismissing this case.

_____    3/3/2011
Peter Oppeneer, Clerk of Court            Date